1

2   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
3   PATRICK J. COUGHLIN (111070)
    CHRISTOPHER M. BURKE (214799)
4   ELISABETH A. BOWMAN (147393)
    MARY LYNNE CALKINS (212171)
5   655 West Broadway, Suite 1900
    San Diego, CA 92101
6   Telephone: 619/231-1058
    619/231-7423 (fax)
7   patc@lerachlaw.com
    chrisb@lerachlaw.com
8   mcalkins@lerachlaw.com
    lisab@lerachlaw.com
9

10

    SCHRAG & BAUM, P.C.                          TYLER R. MEADE (160838)
11  THOMAS F. SCHRAG (39377)                     MICHAEL L. SCHRAG (185832)
    JAMES S. BAUM (52202)                        1816 Fifth Street
12  280 Panoramic Way                            Berkeley, CA 94710
    Berkeley, CA 94704                           Telephone: 510/843-3670
13  Telephone: 510/849-1618                      510/843-3679 (fax)
    510/841-6050 (fax)                           tyler@meadeschrag.com
14  tom@schragbaum.com                           michael@meadeschrag.com
    jim@schragbaum.com
15

    MEADE & SCHRAG LLP
16

    Attorneys for Plaintiffs
17

    [Additional counsel appear on signature page.]
18

                        UNITED STATES DISTRICT COURT
19
                        NORTHERN DISTRICT OF CALIFORNIA
20
                                OAKLAND DIVISION
21

22  ANDREW T. PIÑON, et al., On Behalf of      )   No.
    Themselves and All Others Similarly Situated, )
23                                             )   C-07-0634-SBA
                    Plaintiffs,                )
                                               )   REVISED STIPULATION ORDER TO
24         vs.                                 )   CONSOLIDATE RELATED ACTIONS
                                               )
25  BANK OF AMERICA, N.A., et al.,             )
                                               )
26                  Defendants.                )
                                               )
27  _____)

WHEREAS, on January 31, 2007, the Piñon plaintiffs[1] filed the first of these four similar actions against Bank of America, N.A., Bank of America Corp., Capital One Financial Corp., Chase Bank USA, N.A., JP Morgan Chase & Co., Citibank, N.A., Citigroup Inc, Washington Mutual, Inc., HSBC North American Holdings, Inc., HSBC Finance Corp., and Wells Fargo & Company (collectively, the "Defendants"), in the Northern District of California, alleging violations of the National Bank Act (12 U.S.C. §§85-86), the Sherman Act (15 U.S.C. §1), §17200 of the California Business and Professions Code, the California Consumers Legal Remedies Act, the Cartwright Act, and for breach of the covenant of good faith and fair dealing and unjust enrichment;

WHEREAS, three additional class actions were filed in this District against the same Defendants alleging substantially the same facts and causes of action. On February 6, 2007, Celeste Brackley, represented by Scott & Scott LLP, filed Case No. C-07-0772-SBA against Bank of America, N.A., *et al*. (the "Brackley" action); on February 27, 2007, the Gonzales plaintiffs[2] represented by Hulett Harper Stewart LLP ("Hulett Harper"), filed Case No. C-07-1113-SBA against Bank of America, N.A., *et al*. (the "Gonzales" action); and on March 6, 2007, Marilyn Foster-Nemec, represented by Bushnell, Caplan, Fielding and Maier, LLP ("Bushnell Caplan"), filed Case No. C-07-1310-MMC against Wells Fargo & Company, *et al*. (the "Foster-Nemec" action.);

WHEREAS, all four actions name Bank of America, N.A., Bank of America Corp., Capital One Financial Corp., Chase Bank USA, N.A., JP Morgan Chase & Company, Citibank, N.A., Citigroup Inc,[3] Washington Mutual, Inc., HSBC North America Holdings, Inc., HSBC Finance Corp., and Wells Fargo & Company as Defendants and are brought on behalf of all credit cardholders who have allegedly paid excessive late fees and/or over-limit fees during the Class Period;

---

[1] Andrew T. Piñon, Betty Simm, Cathy Simm, Sara Prentiss-Shaw, Audree Halas, David Brotman and Gwen Martin (the "Piñon" plaintiffs) are plaintiffs in *Piñon v. Bank of America, N.A.* No. C-07-0634-SBA (N.D. Cal.) (the "Piñon" action).
[2] Aaron Gonzales, Jeremy Donovan and July Connors.
[3] At least one of the complaints names Citibank (South Dakota), N.A. as a defendant instead of Citibank, N.A.

REVISED STIP & [PROPOSED] ORDER TO CONSOL. RELATED ACTIONS - C-07-0634-SBA     - 1 -

WHEREAS, the actions pending before this Court present virtually identical factual and legal issues, as each action alleges violations of the same statutory and common law and each action names the same Defendants;

WHEREAS, because these actions are all based on the same facts and involve the same subject matter, the same discovery will be relevant to all lawsuits;

WHEREAS, all parties to the actions agree that consolidation will further the interest of justice by promoting judicial economy and efficiency, and prevent duplicative discovery and the risk of inconsistent adjudication;

WHEREAS, this Court has already issued an Order on March 12, 2007 finding the Brackley action related to the Piñon action;

WHEREAS, Plaintiffs in the Piñon, Brackley, Gonzalez, and Foster-Nemec actions (collectively, the "Plaintiffs") have informed Defendants of Plaintiffs' intention to file a consolidated complaint ("Consolidated Complaint") in this action by May 8, 2007;

WHEREAS, Defendants do not object to the filing of a consolidated complaint;

WHEREAS, the parties have agreed that, subject to the approval of the Court, the schedule set forth below should govern the initial proceedings in this case, unless otherwise ordered by the Court;

WHEREAS, this Court issued an Order in the Piñon action, dated March 21, 2007, setting an initial case management conference for May 30, 2007 in the Piñon and Brackley actions;

WHEREAS, the Court issued an order in the Gonzalez action, dated February 23, 2007, setting an initial case management conference for June 1, 2007;

WHEREAS, the Court issued an Order in the Foster-Nemec action, dated March 6, 2007, setting an initial case management conference for June 15, 2007; and

IT IS HEREBY STIPULATED AND AGREED, by all parties through their undersigned counsel, as follows:

1. Each of the related actions shall be consolidated for all purposes (the "Consolidated Action"). This Order shall apply to the Consolidated Action and to each case that

REVISED STIP & [PROPOSED] ORDER TO CONSOL. RELATED ACTIONS - C-07-0634-SBA — - 2 -

relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action.

    2.    Every pleading filed in this Action shall have the following caption:

```
                                              x
                                              :    Civil Action No. C-07-0634-SBA CLASS
In re LATE FEE AND OVER-LIMIT FEE             :    ACTION
LITIGATION                                    :
This Document Relates To:                     :
     ALL ACTIONS.                             :
                                              :
                                              :
                                              x
```

    3.    Plaintiffs' Consolidated Complaint shall be filed no later than May 8, 2007. The parties further stipulate that it is unnecessary for the Defendants to file any Answers to the complaints already filed in the Piñon, Brackley, Gonzales, and Foster-Nemec actions.

    4.    If Defendants elect to answer the Consolidated Complaint, their Answers shall be filed no later than July 13, 2007.

    5.    If Defendants elect to move in response to the Consolidated Complaint, their motion(s) shall be filed no later than July 13, 2007.

    6.    Plaintiffs shall file their response(s) to any motion(s) no later than September 14, 2007.

    7.    Defendants shall file their reply papers in further support of any motion(s) no later than October 19, 2007.

    8.    The hearing on defendants' motion(s) in response to the Consolidated Complaint shall be on December 4, 2007 at 1:00 p.m.

    9.    The parties shall conduct a discovery planning conference under Federal Rule of Civil Procedure 26(f) at least 21 days before any Case Management Conference with the Court, without prejudice to either party seeking further relief, including a stay of discovery, from the Court at the Case Management Conference.

    10.    The Court shall conduct a telephonic Case Management Conference for the Consolidated Action on June 12, 2007 at 2:30 p.m. Plaintiff will initiate the teleconference and have all parties on the line. All prior Case Management Conferences set forth in the Piñon, Brackley, Gonzalez, and Foster-Nemec actions are hereby vacated.

1
2  DATED: April 26, 2007
   STIPULATED AND AGREED:                    LERACH COUGHLIN STOIA GELLER
3                                               RUDMAN & ROBBINS LLP
                                             PATRICK J. COUGHLIN
4                                            CHRISTOPHER M. BURKE
                                             ELISABETH A. BOWMAN
5                                            MARY LYNNE CALKINS
6
7                                                    s/CHRISTOPHER M. BURKE
                                                      CHRISTOPHER M. BURKE
8
                                             655 West Broadway, Suite 1900
9                                            San Diego, CA  92101
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

| | |
|---|---|
| | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| | Co-Counsel for the Piñon Plaintiffs |
| DATED: April 26, 2007 | HULETT HARPER STEWART, LLP<br>DENNIS STEWART |
| | |
| | s/DENNIS STEWART<br>DENNIS STEWART |
| | 550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619/338-1133<br>619/338-1139 (fax) |
| | Counsel for the Gonzales Plaintiffs |
| DATED: April 26, 2007 | SCOTT + SCOTT LLP<br>ARTHUR L. SHINGLER III |
| | |
| | s/ARTHUR L. SHINGLER III<br>ARTHUR L. SHINGLER III |
| | 600 B Street, Suite 1500<br>San Diego, CA 92101<br>Telephone: 619/233-4565<br>619/233-0508 (fax) |
| | Counsel for Plaintiff Celeste Brackley |
| DATED: April 26, 2007 | BUSHNELL, CAPLAN, FIELDING<br>    & MAIER, LLP<br>ALAN M. CAPLAN |
| | |
| | s/ALAN M. CAPLAN<br>ALAN M. CAPLAN |
| | 221 Pine Street, Suite 600<br>San Francisco, CA 94104-2715<br>Telephone: 415/217-3800<br>415/217-3820 (fax) |
| | Attorneys for Plaintiff Marilyn Foster-Nemec |
| DATED: April 26, 2007 | MORRISON & FOERSTER LLP<br>MARK P. LADNER<br>STUART PLUNKETT |
| | |
| | s/MARK P. LADNER |

| | | |
|---|---|---|
| 1 | | |
| 2 | | MARK P. LADNER<br>(ADMITTED PRO HAC VICE) |
| 3 | | |
| 4 | | 425 Market Street San Francisco, CA 94105-2482<br>Telephone: 415/268-7000<br>212/268-1290 (fax) |
| 5 | | Attorneys for Defendant Bank of America |
| 6 | DATED: April 26, 2007 | O'MELVENY & MYERS LLP ANDREW J. FRACKMAN MICHAEL TUBACH |
| 7 | | |
| 8 | | |
| 9 | | _____s/ANDREW J. FRACKMAN_____<br>ANDREW J. FRACKMAN (ADMITTED PRO HAC VICE) |
| 10 | | Embarcadero Center West 275 Battery Street<br>San Francisco, CA 94111-3305 |
| 11 | | Telephone: 415/984-8700<br>415/984-8701 (fax) |
| 12 | | Attorneys for Defendants Capital One |
| 13 | DATED: April 26, 2007 | WILMERHALE CHRISTOPHER R. LIPSETT WILLIAM J. KOLASKY |
| 14 | | |
| 15 | | |
| 16 | | _____s/CHRISTOPHER R. LIPSETT_____<br>CHRISTOPHER R. LIPSETT (ADMITTED PRO HAC VICE) |
| 17 | | 1117 California Avenue Palo Alto, CA 94304 |
| 18 | | Telephone: 650/858-6000<br>650/858-6100 (fax) |
| 19 | | Attorneys for Defendant Chase |
| 20 | DATED: April 26, 2007 | SIDLEY AUSTIN LLP DAVID F. GRAHAM ERIC H. GRUSH T. ROBERT SCARBOROUGH |
| 21 | | |
| 22 | | |
| 23 | | _____s/DAVID F. GRAHAM_____<br>DAVID F. GRAHAM |
| 24 | | 555 California Street<br>Suite 2000 |
| 25 | | San Francisco, CA 94104<br>Telephone 415/772-1200 |
| 26 | | 415/772-7400 (fax) |
| 27 | | Attorneys for Defendant Citibank (South Dakota), N.A. (incorrectly named as Citibank, N.A.) and Citigroup Inc |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 26, 2007 | HELLER EHRMAN LLP<br>BRIAN P. BROSNAHAN<br>JONATHAN P. HAYDEN |
| | | s/BRIAN P. BROSNAHAN<br>BRIAN P. BROSNAHAN |
| | | 333 Bush Street<br>San Francisco, CA 94111<br>Telephone: 415/772-6302<br>415/772-6268 (fax) |
| | | Attorneys for Defendant Washington Mutual Bank (incorrectly named as Washington Mutual, Inc.) |
| 11 | DATED: April 26, 2007 | STROOCK & STROOCK LLP<br>JULIA B. STRICKLAND |
| | | s/JULIA B. STRICKLAND<br>JULIA B. STRICKLAND |
| | | 2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Telephone: 310/556-5800<br>310/556-5959 (fax) |
| | | Attorneys for Defendant HSBC |
| 17 | DATED: April 26, 2007 | COVINGTON & BURLING LLP<br>SONYA D. WINNER<br>ANITA FERN STORK<br>DAVID M. JOLLEY |
| | | s/SONYA D. WINNER<br>SONYA D. WINNER |
| | | One Front Street<br>San Francisco, CA 94111<br>Telephone: 415/591-6000<br>415/591-6091 (fax) |
| | | Attorneys for Defendants Wells Fargo & Company |

1
2  DATED: April 30, 2007
3  IT IS SO ORDERD.
4                                                             _____
5                                                             Hon. Saundra Brown Armstrong
6                                                             United States District Judge
7  G:\Sbalc2\Jon\Relate Cases\07-0634 Pinon v Bank of America (Stip to Relate and set deadlines).DOC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Case 4:07-cv-00634-SBA Document 146 Filed 04/30/2007 Page 9 of 10

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2007.

s/CHRISTOPHER M. BURKE
CHRISTOPHER M. BURKE

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: ChrisB@LerachLaw.com

y-742323